# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MASSACHUSETTS
### EASTERN DIVISION

| | |
|---|---|
| In re: <br><br> **JOAN SAMUEL HANNA** <br><br> **Debtor** | Chapter 11 <br> Case No.: 23-10429-CJP |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

NOW COMES Steven Weiss, Esquire of Shatz, Schwartz and Fentin, P.C., and, pursuant to MLBR 9010-3, moves for leave to withdraw his appearance as counsel for John Hanna. In support of this motion, counsel states as follows:

1. Mr. Hanna is a creditor in this case; counsel filed his appearance as successor counsel for Mr. Hanna on November 15, 2023.

2. Since then, the attorney-client relationship has deteriorated, such that counsel believes he can no longer represent Mr. Hanna effectively.

3. At this time, there are no motions pending before this Court involving Mr. Hanna.

4. There are no hearings or conferences scheduled before this Court, nor are any oral or written reports due from Mr. Hanna.

5. Mr. Hanna has not consented to this motion at this time, but has indicated that he will do so as soon as he has retained successor counsel.

.
.

Dated this 28th day of December, 2023.

2

                        Respectfully Submitted,

                  By:  /s/ Steven Weiss
                     Steven Weiss, Esq.
                     BBO #:  545619
                     SHATZ, SCHWARTZ AND FENTIN, P.C.
                     1441 Main Street
                     Springfield, Massachusetts 01103
                     (413) 737-1131
                     (413) 736-0375
                     sweiss@ssfpc.com

23\0491\Motion.Withdraw.1601

3

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# EASTERN DIVISION

|  |  |
|---|---|
| **In re:**<br><br>**JOAN SAMUEL HANNA**<br><br><br>**Debtor** | **Chapter 11**<br>**Case No.: 23-10429-CJP** |

## CERTIFICATE OF SERVICE

    I, Steven Weiss, Esquire, of Shatz, Schwartz and Fentin, P.C., hereby certify that on December 28, 2023, I served a copy of the foregoing **Motion for Leave to Withdraw Appearance** via electronic and/or first class U.S. Mail, postage pre-paid to the parties:

John S. Hanna
26 Green Street
Norwell, MA 02061

Joan Samuel Hanna
74 Brucewood Street
West Roxbury, MA  02132

Joseph G. Butler, Esq.
Law Office of Joseph G. Butler
355 Providence Highway
Westwood, MA 02090

Richard King, Esquire
Office of the U. S. Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109

Jonathan Hixon, Esquire
Via ECF

Michael Rosen, Esquire
Via ECF

                                                  s/ Steven Weiss, Esq.
                                                    Steven Weiss