**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(Eastern Division)**

| | |
|---|---|
| IN RE:<br><br>JOAN SAMUEL HANNA,<br>   Debtor. | **Chapter 11**<br>**23-10429-CJP** |

**NOTICE OF WITHDRAWAL**

Pursuant to MLBR 9010-3(a), the undersigned, David J. Reier, hereby withdraws his appearance in this case. In support hereof, it is hereby represented as follows:

1. Attorney Rosemary Traini has filed an appearance on behalf of their client, Boston Capital Investment Group, LLC;
2. There are no motions presently pending before the Court;
3. No trial date has been set; and
4. No hearings or conferences have been scheduled.

                         Respectfully submitted,

                         /s/ David J. Reier
                         David J. Reier, BBO #546202
                         ARENTFOX SCHIFF LLP
                         Prudential Tower
                         800 Boylston Street, 32nd Floor
                         Boston, MA  02199-8161
                         617-973-6145
                         Email:  david.reier@afslaw.com

Dated:  January 2, 2024

☐

AFDOCS:199230742.1

## CERTIFICATE OF SERVICE

    IT IS CERTIFIED that the foregoing document was filed this 2nd day of January 2023, through the ECF filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and was served directly on the client by emails to the following: nirdrory@msn.com, ronendrory@msn.com, and their non-bankruptcy counsel: neil.cohen@barsh-cohen.com.

                                         /s/ David J. Reier
                                         David J. Reier

AFDOCS:199230742.1