UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

In re:  JOAN S. HANNA,           )
                                 )   Chapter 11
                                 )   Case no.: 23-10429-CJP
         Debtor                  )
                                 )

01/04/2024 GRANTED.  THE DATE IS EXTENDED AS REQUESTED.

**EMERGENCY MOTION BY NON DEBTOR OWNER, JOHN HANNA, TO REQUEST AN EXTENSION OF THE SALE DATE OR A DETERMINATION OF THE COURT THAT THE BUYER HAS SATISFIED ITS CLOSING OBLIGATIONS**

JOHN HANNA, Individually and as Trustee of the 530 VFW Parkway Realty Trust and as Trustee of the JRH Realty Trust (collectively "John"), which is the largest creditor of Joan Hanna ("Joan"), Debtor, and the disputed owner of real property and who executed his First Right of Refusal to purchase property pursuant to 11 U.S.C. sections 363(i) requests an extension of the scheduled sale date or a determination of the court that the buyer has satisfied its closing obligations, not because he is unwilling to perform but because of unforeseen circumstances created by the nature of the sale which effect the ability to transfer title despite the fact that the Buyer has delivered the purchase price.  The property is registered land and the Massachusetts Land Court has required that it pre-approve any deeds of conveyance and other ancilliary documents prior to it allowing them to be recorded.  Without approval of these documents the title to the property is defective and not transferable.  This Emergency Motion has been assented to by the Debtor.

**BRIEF HISTORY**

Joan filed for Chapter 11 relief and listed property in which ownership was disputed.  The non-debtor, John, agreed to a sale of the property pursuant to 11 U.S.C. 363 and reserved his right of first refusal to purchase the property.  After the bidding John assigned his Right of First Refusal to WR Brucewood, LLC ("Buyer").  The original sale deadline pursuant to the court order was December 29, 2023 and this date was changed in the executed purchase and sale to December 15, 2023.  The Buyer was READY to perform AND FUNDED for the sale transaction on or before December 12, 2023 and John